JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
MACEY CHAN (CA Bar No. 258470)
mchan@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., FOR ITSELF
AND AS AN ACQUIRER OF CERTAIN ASSETS
AND LIABILITIES OF WASHINGTON MUTUAL
BANK FROM THE FDIC ACTING AS RECEIVER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. JENSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP, WASHINGTON MUTUAL BANK, FA; JP MORGAN CHASE BANK, NA; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.:** 09-cv-01789 OWW DLB<br><br>**JUDGE:**　　Hon. Oliver W. Wanger<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**DATE:**　February 22, 2010<br>**TIME:**　10:00 a.m.<br>**DEPT:**　"3"<br><br>**ACTION FILED:**　　June 5, 2009 |

　　　　The Court having reviewed the Motion to Dismiss ("Motion") the first amended complaint ("FAC") of plaintiff David Jensen ("Plaintiff) filed by defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver, and good cause appearing therefore, hereby orders as follows:

　　　　1.　　As to the declaratory relief claim, the motion to dismiss is granted and this claim is dismissed without leave to amend.

1

ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT

1119591.1

1. 2.     As to the fraud claims, the motion to dismiss is granted, and these claims are dismissed with leave to amend.

2. 3.     As to the California Civil Code § 1572 claim, the motion to dismiss is granted, and this claim is dismissed without leave to amend.

3. 4.     As to the RESPA claim, the motion to dismiss is granted and this claim is dismissed with leave to amend.

4. 5.     As to the reformation claim, the motion to dismiss is granted and this claim is dismissed with leave to amend.

5. 6.     As to the quiet title claim, the motion to dismiss is granted, and this claim is granted with leave to amend.

6. 7.     As to the claim to set aside foreclosure, the motion to dismiss is granted and this claim is dismissed without prejudice.

7. 8.     As to the UCL claim, the motion to dismiss is granted and this claim is dismissed with leave to amend.

8. 9.     As to the RFDCPA claim, the motion is granted and this claim is dismissed with leave to amend.

9. 10.    As to the injunctive relief "claim" the motion to dismiss is granted and this claim is dismissed without leave to amend.

10. 11.   In light of the ruling on the motion to dismiss, the motion for a more definite statement is denied as moot.

11. 12.   Plaintiff shall file and serve any amended pleading within thirty (30) days of electronic service of the Court's Memorandum Decision.  A true and correct of the Court's Memorandum Decision is attached as Exhibit "A."

IT IS SO ORDERED.

Dated:   **April 20, 2010**           **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE