**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID E. JENSEN,<br><br>             Plaintiff,<br><br>     v.<br><br>QUALITY LOAN SERVICE CORP; WASHINGTON MUTUAL BANK, FA; JP MORGAN CHASE BANK, NA; and DOES 1-10, INCLUSIVE,<br><br>             Defendants. | 09-CV-01789-OWW-DLB<br><br>ORDER RE: AMENDMENT TO MEMORANDUM DECISION AND ORDER (Doc. 23) AND ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (Doc. 26) |

The Memorandum Decision and Order (Doc. 23) issued on March 19, 2010, is amended as follows:

   1.   The portion of line 9 on page 33 which reads "DISMISSED WITHOUT LEAVE TO AMEND" is deleted and replaced with "DISMISSED WITH LEAVE TO AMEND."

The Order Granting Defendant's Motion to Dismiss (Doc. 26) issued on April 20, 2010, is amended as follows:

   1.   Line 28 on page 1 which reads "dismissed without leave to amend" is deleted and replaced with "dismissed with leave to amend."

These amendments are consistent with the body of the Memorandum Decision and Order which indicated that Plaintiff's declaratory relief claim is dismissed with leave to amend. (Doc. 23 at 9.)

IT IS SO ORDERED.

**Dated:   April 23, 2010**                /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE